## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **EDITH TAYLOR, and GOLY YOUNG,** ) | **CASE NO. 4:11CV3153** |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| **CITY COUNCIL OF OMAHA,** ) | |
| ) | |
| **Defendants.** ) | |

Plaintiff Goly Young, a non-prisoner, has filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 5.) Upon review of Young's Motion, the court finds that he is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that Plaintiff Goly Young's Motion for Leave to Proceed In Forma Pauperis (filing no. 5) is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 27th day of October, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.